```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF KENTUCKY
                     CENTRAL DIVISION at LEXINGTON
```

DAVID C. EATON,                    )
                                   )
    Plaintiff,                     )   Civil Action No. 5:07-215-JMH
                                   )
v.                                 )
                                   )
LEXINGTON-FAYETTE URBAN COUNTY     )
GOVERNMENT, et al.,                )   **MEMORANDUM OPINION AND ORDER**
                                   )
    Defendant.                     )

                    **      **      **      **      **

This matter is before the Court on Plaintiff's Motion for Extension of Time for Filing Notice of Appeal [Record No. 25], filed on February 27, 2009. Plaintiff has filed a Response in opposition to the motion [Record No. 26]. The Court being sufficiently advised, this motion is ripe for consideration.

Plaintiff requests this extension of time pursuant to Fed. R. App. P. 4(a)(5)(A)(i), which provides that the district court may extend the time to file a notice of appeal if "a party so moves no later than 30 days after the time prescribed in Rule 4(a) expires." This Court is without authority to grant "an extension of time after the statutory period for requesting such an extension has passed." *Beard v. Carrollton Railroad*, 893 F.2d 117, 120 (6th Cir. 1989), abrogated on other grounds *Roddy v. Grand Trunk Western R.R. Inc.*, 395 F.3d 318 (6th Cir. 2005).

In this instance, the Court entered the relevant Memorandum

Opinion and Order from which Plaintiff seeks to take an appeal on September 12, 2008. Under Fed. R. App. P. 4(a)(1)(A), his initial time to file a notice of appeal expired 30 days thereafter, on Tuesday, October 14, 2008. *See* also Fed. R. App. P. 26(a)(3) (when computing time, "include the last day of the period unless it is a . . .Sunday [or] legal holiday"). Thus, under Fed. R. App. P. 4(a)(5)(A)(i), the time for Plaintiff to file a viable motion to extend the time to file a notice of appeal expired 30 days thereafter, on November 13, 2008. Plaintiff's Motion filed on February 27, 2009, more than three months after that date, was clearly filed out of time, and the Court will not entertain it further.

Accordingly, **IT IS ORDERED** that Plaintiff's Motion for Extension of Time for Filing Notice of Appeal [Record No. 25] shall be, and the same hereby is, **DENIED**.

This the 11th day of March, 2009.



Signed By:
*Joseph M. Hood*
Senior U.S. District Judge

2